**FIFTH DIVISION**
**MCFADDEN, P. J.,**
**MARKLE and LAND, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

**November 3, 2022**

# In the Court of Appeals of Georgia

A20A2097. JOYNER et al. v. LEAPHART et al.

MCFADDEN, Presiding Judge.

In *Joyner v. Leaphart*, 314 Ga. 1 (875 SE2d 729) (2022), our Supreme Court reversed Division 2 of our opinion in *Joyner v. Leaphart*, 358 Ga. App. 383 (853 SE2d 407) (2021), vacated the remainder of the opinion, and directed us to remand the case to the trial court to reconsider, in light of the Supreme Court's opinion, Lynn Leaphart and MPPG, Inc.'s motion to dismiss Vanessa and Brock Joyner's wrongful death action. 314 Ga. at 9 (2) (c). Accordingly, we adopt the opinion of the Supreme Court as our own, vacate the trial court's judgment, and remand the case to the trial court for further proceedings in accordance with the Supreme Court's direction.

*Judgment vacated and case remanded. Markle and Land, JJ., concur.*